**JS-6**

NOTE: CHANGES MADE BY THE COURT

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TI BEVERAGE GROUP, LTD., <br><br> Plaintiff, <br><br> v. <br><br> COLD SPRING BREWING COMPANY, CITY BREWING COMPANY, ASSOCIATED BREWING COMPANY, VAMPT BEVERAGE USA CORP. and DOES 1 through 10, inclusive, <br><br> Defendants. | Case No. CV-11-4847 VBF (AJWx) <br><br> **ORDER GRANTING STIPULATION REQUESTING DISMISSAL WITH PREJUDICE** <br><br> Date Action Filed: June 8, 2011 <br> Trial Date: Not set |

---

**ORDER GRANTING STIPULATION REQUESTING DISMISSAL WITH PREJUDICE**

53536212v1

Whereas Plaintiff TI Beverage Group Ltd. ("TBG"), on the one hand, and Defendants Cold Spring Brewing Company, Associated Brewing Company, City Brewing Company, and Vampt Beverage USA Corp. (collectively "Defendants"), on the other hand, through their respective counsel, have, pursuant to Federal Rule of Civil Procedure 41, stipulated to the dismissal of all claims with prejudice as set forth in their concurrently filed Stipulation.

**IT IS HEREBY ORDERED** that, upon good cause shown:

1. TBG's claims asserted in the Complaint against Defendants are dismissed with prejudice;

2. Each party will each bear its own costs and attorneys' fees in connection with this action.

Dated: September 8, 2011

_____
Percy Anderson
United States District Judge

- 1 -

**ORDER GRANTING STIPULATION REQUESTING DISMISSAL WITH PREJUDICE**